In the Matter of HUMBERT MALARA et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued February 21, 1955; decided April 14, 1955.

*Louis Granat* for appellants.

*Norman S. Fenton* and *Hortense W. Gabel* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.